UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CODY SCHWING** | * | **DOCKET NO.** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **FIDELITY NATIONAL INDEMNITY** | * | **MAGISTRATE:** |
| **INSURANCE COMPANY** | * | |
| | * | ************************************ |

**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cody Schwing, a person of full legal age and capacity, a resident and domiciliary of St. Tammany Parish, State of Louisiana, who upon information and belief, respectfully represents:

I.

Defendant, Fidelity National Indemnity Insurance Company (hereinafter referred to as "Insurer") is a foreign insurance company authorized to do business in Louisiana and issuing write-your-own flood policies in this state.

II.

This Court has jurisdiction over this matter because it is a suit against an insurer regarding a claim on a policy issued pursuant the National Flood Insurance Act. *See* 42 U.S.C. 4053, and federal common law.

III.

This is a Court of proper venue because a substantial part of the events or omissions giving rise to this claim occurred in this district. *See* 28 U.S.C. 1391(b)(2)

IV.

Plaintiff entered into a contract with Insurer known as a flood policy with Policy Number 171150556576 01 and limits of $1,141,100 for building.

V.

On August 28, 2012, Hurricane Isaac made landfall just southwest of the Mississippi river.

VI.

As a result of the storm, Plaintiff's home was significantly damaged.

VII.

Plaintiff notified Insurer of his loss, filed a claim and provided Insurer with the invoices for repair necessitated by the storm damage.

VIII.

To date, Insurer has failed to issue payment for any of Plaintiff's losses.

IX.

At all times, Plaintiff fulfilled all obligations under the flood policy.

X.

At all material times, Insurer negligently and in bad faith failed to adjust Plaintiff's claims properly.

- 3 -

XI.

At all material times, Insurer and its agents violated the National Flood Insurance Act, the flood insurance regulations issued by Insurer, and federal common law.

XII.

Insurer violated the NFIA, flood insurance regulations, and federal common law and federal common law bad faith laws in the adjustment of Plaintiffs' flood claims in the following manner: (1) failing to timely adjust Plaintiff's flood claims; (2) failing to honor Plaintiff's satisfactory proof of loss; (3) failing to properly train its adjusters and agents; (4) failing to provide its adjusters and agents with proper uniform materials with which to properly evaluate claims; and (7) any and all misconduct as becomes known before trial.

XIII.

As a result of its misconduct, Insurer is liable to Plaintiff for all damages occasioned by its misconduct, specific and general, as well as attorneys' fees, costs, interests, penalties.

**REQUEST FOR JURY**

Plaintiff prays for a jury trial of all matters herein.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, Cody Schwing, respectfully requests that after due proceedings, this Court enter a judgment in favor of Plaintiff, and against Fidelity National Indemnity Insurance Company in an amount to be determined by the evidence, plus interest

from the date of judicial demand until paid, for all costs of these proceedings and any and all other general and equitable relief deemed appropriate.

    Respectfully submitted,

    **REICH, ALBUM & PLUNKETT, L.L.C.**

    **/S/ ROBERT S. REICH**
    **ROBERT S. REICH, T.A. (#11163)**
    Two Lakeway Center, Suite 1000
    3850 North Causeway Boulevard
    Metairie, Louisiana 70002
    Telephone:  (504) 830-3999
    Facsimile:  (504) 830-3950
    E-mail:  rreich@rapllclaw.com
    *Counsel for Cody Schwing*

**PLEASE SERVE:**
**FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY**
**through the LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA  70809**